UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Austin, | |
| Plaintiff(s), | |
| v. | |
| TD Securities (USA) LLC, | |
| Defendant(s). | |

25-CV-7866 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties shall appear for a conference in this matter on **June 1, 2026** at **11:30 A.M.**

The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 405 651 257, followed by the pound (#) sign.

SO ORDERED.

Dated:  May 29, 2026
        New York, New York

DALE E. HO
United States District Judge