UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUSTIN,

Plaintiff(s),

v.

TD SECURITIES (USA) LLC,

Defendant(s).

25-CV-7866 (DEH)

ORDER

DALE E. HO, United States District Judge:

Plaintiff in this matter seeks a declaratory judgment finding the non-compete agreement ("NCA") between Plaintiff and Defendant non-enforceable. ECF No. 25. The NCA expires on August 25, 2026. ECF No. 39, at 6. By **August 26, 2026**, the parties shall file a joint letter, not to exceed 5 pages, appraising the Court of the effect of this development on the motion for declaratory judgment.

SO ORDERED.

Dated: August 24, 2026
New York, New York

DALE E. HO
United States District Judge