Littler

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Tyler A. Sims
973.848.4747 direct
973.848.4700 main
973.741.2765 fax
tsims@littler.com

August 26, 2026

**VIA ECF**

Honorable Judge Dale E. Ho
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Austin v. TD Securities (USA) LLC***
**Case No. 1:25-cv-07866-DEH-HJR – Joint Letter**

Dear Judge Ho:

This firm represents Defendant TD Securities (USA) LLC ("Defendant') in the above-referenced matter. On August 24, 2026, Your Honor entered an Order (ECF No. 45) directing the Parties to submit a joint letter by August 26, 2026, apprising the Court of their positions on the effect of the expiration of Plaintiff's non-compete agreement on Plaintiff's pending motion for declaratory judgment (ECF No. 25). Also pending is Defendant's prior motion to compel arbitration (ECF No. 17).

We respectfully request a brief extension to Monday, August 31, 2026, to file that joint letter. Ivan Novich, lead counsel for Defendant, is out of the country. Further, co-counsel for Defendant, Tyler Sims, was at an out-of-state deposition yesterday and today is preparing for a deposition.

Defendant's counsel spoke with counsel for Plaintiff, Allison Marculitis, and she consented to this request for an extension. No prior extension requests have been sought in connection with ECF No. 45.

The Court's courtesies are greatly appreciated.

Respectfully submitted,

*s/ Tyler A. Sims*

Tyler A. Sims

cc: All counsel of record (via ECF)

Application **GRANTED**. The parties shall submit their joint letter by **August 31, 2026**. The Clerk of Court is respectfully directed to terminate ECF No. 46.

SO ORDERED.

Dated: August 26, 2026
New York, New York

Dale E. Ho
United States District Judge