UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Austin,

Plaintiff(s),

v.

TD Securities (USA) LLC,

Defendant(s).

25-CV-7866 (DEH)

ORDER

DALE E. HO, United States District Judge:

On December 9, 2025, Defendants moved to compel arbitration. ECF No. 17. On December 24, 2025, Plaintiff moved for declaratory judgment. ECF No. 25. On August 31, 2026, Magistrate Judge Ricardo granted the motion to compel arbitration and stayed this action. ECF No. 51. Accordingly, Plaintiff's motion for declaratory judgment is **DENIED AS MOOT**. The Clerk of Court is respectfully requested to close ECF No. 25.

SO ORDERED.

Dated: September 1, 2026
New York, New York

DALE E. HO
United States District Judge